UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.                                                Case No:   2:15-cv-780-FtM-99MRM

BONITA DENTAL CARE, P.A.,
MARCO DENTAL CARE, P.A.,
COLLIER DENTAL CARE, P.A.,
FREDERICK J. ECK, CHARLES M. WALLACE and ECK MANAGEMENT, INC.,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on the Stipulated Motion to Consolidate Cases (Doc. #35) filed on July 1, 2016.  On December 11, 2015, PNC Bank initiated the instant action seeking to enforce its promissory note and guaranties against Defendants, as well as foreclose its mortgage against certain personal property.  (Doc. #1).  Roughly six months later, American Momentum Bank filed an identical action, seeking to enforce its respective promissory note and guaranties against Defendants, as well as foreclose its mortgage against certain personal property.  With two identical actions pending against the same Defendants, PNC Bank and American Momentum Bank ask the Court to

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

consolidate the two actions. (Doc. #35). Because PNC Bank and American Momentum Bank assert the same claims against the same Defendants, the Court finds good cause to consolidate the two actions. See *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985) (noting district courts enjoy broad discretion in whether to consolidate actions).

Accordingly, it is now

**ORDERED:**

1. Stipulated Motion to Consolidate Cases (Doc. #35) is **GRANTED**.
2. The Clerk is directed to **CONSOLIDATE**, for all purposes, this action with *American Momentum Bank v. Bonita Dental Care, P.A. et al.*, 2:16-cv-343-UA-CM, with this action designated as the lead action.

**DONE** and **ORDERED** in Fort Myers, Florida, this 15th day of July, 2016.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2